UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THAYNE ORMSBY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 2:20-cv-00319-NT |
| | ) |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 28, 2021, his Recommended Decision granting the Respondent's motion to dismiss and dismissing the Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 8). The Petitioner filed an objection to the Recommended Decision on February 11, 2021 (ECF No. 9). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1) is **DISMISSED**. It is further **ORDERED** that no

certificate of appealability should issue in the event the Petitioner files a notice of appeal because no jurist of reason would find the correctness of this ruling to be debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED.

                                                /s/ Nancy Torresen  
                                                United States District Judge

Dated this 15th day of March, 2021.